IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence DAWSON, ) | No. CV-05-0797-PHX-SMM (LOA) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Dora SCHRIRO, et al., ) | |
| Respondents. ) | |

Pending before the Court is Petitioner Lawrence Dawson's Petition for Writ of Habeas Corpus. [Doc. No. 1] On December 1, 2005, Magistrate Judge Lawrence O. Anderson filed a Report and Recommendation, advising this Court that Petitioner's Motion should be denied. [Doc. No. 47] Petitioner filed a "Motion for Amicus Curiae" on January 3, 2006. [Doc. No. 49] In his Motion, Petitioner stated that he did not receive the Report and Recommendation until December 24, 2005, and Petitioner included his objections to Judge Anderson's Report and Recommendation in his Motion. Thus, the Court will construe the Motion for Amicus Curiae as a Motion for Extension of Time, as well as Petitioner's objections. On January 6, 2006, Magistrate Judge Anderson filed an amended Report and Recommendation, and Petitioner was again afforded time to file objections. Thus, the Court will deny Petitioner's Motion for Extension of Time as moot, because he was given additional time and did indeed file "Support for Habeas Corpus" on February 1, 2006, in response to the amended Report and Recommendation. In reviewing the Report and Recommendation from Judge Anderson, the Court will also consider all of Petitioner's filings in response thereto.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and the objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation with the following addition.

In his objections, Petitioner essentially restates his health problems, which the Court finds Magistrate Judge Anderson sufficiently addressed. Thus, the Court will not engage in further analysis of the issue. Petitioner's other argument in his objections is that the exhaustion requirement for a habeas petition may be excused. In support of his argument, Petitioner cites cases from the Fifth and Eleventh Circuits. The Court notes, however, that Magistrate Judge Anderson did not reach the exhaustion argument originally proferred by the state. Instead, Judge Anderson found that Petitioner's claim is time-barred. As stated above, the Court adopts

1  that finding and need not address exhaustion. Last, the Court finds that Petitioner's most recent
2  filing essentially re-states his previous arguments, e.g. his disabilities and his lack of legal
3  training. Because nothing new is presented and because the Court finds those arguments have
4  been sufficiently addressed by Judge Anderson, the Court will not address those issues further.

## CONCLUSION

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the amended Report and Recommendation of Magistrate Judge Lawrence O. Anderson. [Doc. No. 50] Because the Court adopts Judge Anderson's amended Report and Recommendation, the Court declines to adopt Judge Anderson's original Report and Recommendation. [Doc. No. 47]

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED, thus terminating this case, CV 05-0797-PHX-SMM.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Extension of Time [Doc. No. 49] is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Lawrence O. Anderson.

DATED this 22nd day of February, 2006.

Stephen M. McNamee
Chief United States District Judge